IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MYERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MADERA, et al.,<br><br>　　　　　Defendants. | 1:10-CV-01398 AWI JLT<br><br>ORDER VACATING<br>FEBRUARY 28, 2011<br>HEARING DATE |

　　　Currently pending before this Court is Defendants' motion for judgment on the pleadings. This motion is set for hearing on February 28, 2011, at 1:30 p.m. in Courtroom 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 28, 2011, is VACATED, and the parties shall not appear at that time. As of February 28, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　February 23, 2011

　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE