UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MYERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MADERA et al,<br><br>　　　　Defendants. | Case No.: 1:10-cv-01398 AWI  JLT<br><br>ORDER CONTINUING MID-DISCOVERY STATUS CONFERENCE<br><br>(Doc. 33) |

　　　　On April 18, 2011, the parties filed their joint mid-discovery status conference report. (Doc. 33)  The parties report that they have made their initial disclosures but, due to the filing of two successive dispositive motions, no other discovery has occurred.  Id.  Moreover, new defendants have been added due to the filing of the First Amended Complaint.  (Doc. 24).  Also, the parties note that a motion to dismiss the First Amended Complaint is pending and set to be heard on May 23, 2011.  (Doc. 30)

　　　　The parties jointly request that the mid-discovery status conference be continued to a date after the Court decides the motion to dismiss.  (Doc. 33 at 2)  Likewise, the parties express concern over the current case schedule which imposes a non-expert discovery deadline on July 8,

1

1 | 2011 and indicate that they will seek an amendment to the case schedule.  Id.

2 | **ORDER**

3 | 1.     The mid-discovery status conference will be CONTINUED to June 30, 2011 at
4 |            8:30;
5 | 2.     The parties SHALL meet and confer to discuss proposed amendments to the case
6 |            schedule;
7 | 3.     The parties SHALL file a joint statement no later than June 23, 2011 that details
8 |            the status of the pending motion to dismiss, the proposed case schedule
9 |            amendments and any other details pertinent to the matter's status.

10 | IT IS SO ORDERED.

11 | Dated:   **April 21, 2011**                                  **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE